UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDERSON PURNELL THURSTON,<br><br>        Plaintiff,<br><br>    v.<br><br>WINFRED KOKOR, et al.,<br><br>        Defendants. | No. 1:22-cv-00636-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO RE-SERVE MOTION TO DISMISS ON PLAINTIFF AT NEW ADDRESS OF RECORD<br><br>(ECF Nos. 26, 27) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On September 22, 2023, Defendants filed a motion to dismiss the action for failure to prosecute; or, in the alternative, to extend the case schedule and compel Plaintiff's deposition. (ECF No. 26.)

On September 25, 2023, Plaintiff filed a notice of change of address. (ECF No. 27.)

In the interest of justice, it is HEREBY ORDERED that Defendants are directed to re-serve their motion to dismiss, along with a notice of service on the Court, at Plaintiff's new address of record within seven days from the date of service of this order.

IT IS SO ORDERED.

Dated:  **September 26, 2023**

UNITED STATES MAGISTRATE JUDGE

1