UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDERSON PURNELL THURSTON,<br><br>Plaintiff,<br><br>v.<br><br>WINFRED KOKOR, et al.,<br><br>Defendants. | No.  1:22-cv-00636-KES-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT DEFENDANTS' MOTION TO DISMISS<br><br>Docs. 26, 31 |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 9, 2023, the assigned magistrate judge entered findings and recommendations recommending that defendants' motion to dismiss for plaintiff's failure to prosecute, Doc. 26, be granted.  Doc. 31.  The magistrate judge analyzed plaintiff's failure to participate in the discovery process despite the court's orders to do so, and concluded that the five factors that courts must consider prior to dismissing a case as a sanction for failure to prosecute or failure to obey a court order weighed in favor of dismissal of this matter.  *Id.* at 3-9.  The findings and recommendations were served on the parties and contained notice that objections were due within fourteen days.  *Id.* at 10.  No objections have been filed, and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the court has conducted a de

1

novo review of this case.  Having carefully reviewed the file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations issued on November 9, 2023, Doc. 31, are ADOPTED IN FULL;
2. Defendants' motion to dismiss, Doc. 26, is GRANTED; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   August 22, 2024

UNITED STATES DISTRICT JUDGE

2